1  Calvin F. Love, Bar #307493
   LOVE LAW, PC
2  800 S. Barranca Ave., Ste. 100
3  Covina, CA 91723
   Ph: (626)653-0455
4  Fax (626)6530-0465
5
   Attorney for Creative Recovery Concepts, Inc.
6  Assignee of Judgment
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | ENTERTAINMENT BY J&J, INC.        | CASE No. CV-00-09788 RMT (RZx)
12 |         Plaintiff
13 | vs
14 |                                   | **RENEWAL OF DEFAULT JUDGMENT**
15 | FRANK RIVERA and DESIREE RIVERA,
   | individually and dba HALF WAY SOCIAL
16 | CLUB, jointly and severally
17 |         Defendants

18   Based upon the Application for Renewal of Judgment of the renewed original judgment,
19
20 and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause
21 appearing, therefore:
22   The default judgment entered on June 1, 2001 on behalf of Plaintiff, **ENTERTAINMENT**
23
   **BY J&J, INC.**, which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE**
24
25 **RECOVERY CONCEPTS, INC.** and renewed on May 19, 2011 in favor of Assignee of
26 Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and against defendants,
27
28 PAGE                              RENEWAL OF DEFAULT JUDGMENT
                                     CASE NO. CV-00-09788 RMT (RZX)

FRANK RIVERA and DESIREE RIVERA individually and dba HALF WAY SOCIAL CLUB, jointly and severally, is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | $8,489.31 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 8,489.31 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 8,489.31 |
| g. | Interest after judgment | 1,962.42 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **10,451.73** |

DATED: August 27, 2020        Clerk by  *Sharon Hall Brown*
                                         Deputy  Clerk

KIRY K. GRAY, Executive Clerk
CLERK, U.S. DISTRICT COURT

PAGE                         RENEWAL OF DEFAULT JUDGMENT
                             CASE NO. CV-00-09788 RMT (RZX)